UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE DIXON,<br><br>Defendant. | Criminal No. 13-302 (JRT/JJK)<br><br>**ORDER STAYING ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SENTENCE OF IMPRISONMENT** |

---

Katharine T. Buzicky, **UNITED STATES ATTORNEY'S OFFICE**, 316 North Robert Street, Suite 404, Saint Paul, MN 55101, for Plaintiff.

Douglas L. Micko, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for Defendant.

Upon receipt of additional information regarding Defendant's request that the Court modify his sentence of imprisonment [Docket No. 73], and after reviewing all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court's Memorandum Opinion and Order Granting Defendant's Motion to Modify Sentence of Imprisonment [Docket No. 82] is **STAYED** until further order of the Court.

DATED: February 2, 2023
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge